UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ADAM HAHN,

        Plaintiff,                      Case No. 1:22-cv-10800

v.                                          Honorable Thomas L. Ludington
                                                 United States District Judge

NOAH NAGY,

        Defendant.
_____/

**ORDER SUMMARILY DISMISSING CASE**

On April 8, 2022, Plaintiff Adam Hahn filed a *pro se* complaint asserting that he is being held in administrative segregation at the Saginaw Correctional Facility in Saginaw, Michigan in violation of his constitutional rights. ECF No. 1.

But Plaintiff neither paid the required filing fee nor filed an application for leave to proceed without paying the filing fee. So this Court issued an Order to Correct Deficiency, informing him that his case would be dismissed if he did not correct the deficiency on or before May 18, 2022. ECF No. 3. Plaintiff's deadline passed two weeks ago, and he has yet to respond or correct the deficiency.

Accordingly, it is **ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution. *See* FED. R. CIV. P. 41(b), *Erby v. Kula*, 113 F. App'x 74, 75–76 (6th Cir. 2004) (unpublished); *Davis v. United States*, 73 F. App'x 804, 805 (6th Cir. 2003) (unpublished).

Dated: June 2, 2022                                          s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                              United States District Judge